

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00364-CV

| | | |
|---|---|---|
| HEATHER RENE JENKINS-JEFFERSON, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2020-005720-1) |
| V. | § | February 10, 2022 |
| MARK DISANTI, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We therefore vacate the trial court's judgment and dismiss the cause.

It is further ordered that Mark Disanti shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth